# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3793

_____

United States of America

*Plaintiff - Appellee*

v.

Joseph R. Ledwa

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: June 27, 2014
Filed: July 2, 2014
[Unpublished]

_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Joseph Ledwa directly appeals after the district court[1] imposed sentences on him totaling 180 months in prison upon his guilty plea to drug and firearm offenses.

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967).

Having carefully reviewed the record in accordance with our duty under *Penson v. Ohio*, 488 U.S. 75, 80 (1988), we affirm the convictions, and we conclude that those sentences that are subject to appellate review for reasonableness, *see United States v. Gregg*, 451 F.3d 930, 937 (8th Cir. 2006) (*United States v. Booker*, 543 U.S. 220 (2005), does not relate to statutorily imposed sentences), are not unreasonable, *see United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (appellate review of sentencing decision). Accordingly, we affirm.

As for counsel's motion to withdraw, we conclude that allowing counsel to withdraw at this time would not be consistent with the Eighth Circuit's 1994 Amendment to Part V of the Plan to Implement the Criminal Justice Act of 1964. We therefore deny counsel's motion to withdraw as premature, without prejudice to counsel refiling the motion upon fulfilling the duties set forth in the Amendment.

_____